| | | |
|---|---|---|
| **Donna M Jackson**/WAWD/09/USCOURTS<br>08/15/2007 12:47 PM | To | "Elizabeth Sullivan" <esullivan@kellerrohrback.com> |
| | cc | |
| | bcc | |
| | Subject | Re: Ling v. Microsoft |

Your case number is: C07-1271JLR.  Summons and receipt will go out in today's mail.  Thx!

~Donna Jackson
"Elizabeth Sullivan" <esullivan@kellerrohrback.com>



| | | |
|---|---|---|
| **"Elizabeth Sullivan"** <esullivan@kellerrohrback.com><br>08/14/2007 04:24 PM | To | <newcases.seattle@wawd.uscourts.gov> |
| | cc | "Amy Williams-Derry" <awilliams-derry@kellerrohrback.com> |
| | Subject | Ling v. Microsoft |

Dear Clerk,

Please accept the attached complaint, summons, and cover sheet for filing.  I will call the court with credit card information and send a messenger to retrieve the issued summons when it is ready.  Thank you for your assistance.

<<ComplaintLing081407FINAL.pdf>> <<CICSLingFINAL081407.pdf>>
<<SummonsLingFINAL081407.pdf>>

**Elizabeth M. Sullivan**
Legal Assistant
Keller Rohrback L.L.P.

Phone: (206) 623-1900
Fax: (206) 623-3384

E-mail: etrotter@kellerrohrback.com

URL: http://www.seattleclassaction.com

CONFIDENTIALITY NOTE: This Electronic Message contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential, and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

  
ComplaintLing081407FINAL.pdf    CICSLingFINAL081407.pdf    SummonsLingFINAL081407.pdf