|   |   |
|---|---|
| | THE HONORABLE JOHN C. COUGHENOUR |
| | THE HONORABLE MARSHA PECHMAN |
| | THE HONORABLE JAMES L. ROBART |
| | Noted for Hearing: September 7, 2007 |
| | Without Oral Argument |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS TORRES, Individually and on behalf of all others similarly situated, | No. 07-CV-1121 JCC |
| Plaintiff, | Hon. John C. Coughenour |
| v. | **ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(A); APPOINT INTERIM CLASS COUNSEL PURSUANT TO FED.R.CIV.P. 23(G)(2); APPROVE PLAINTIFFS' PROPOSED LEADERSHIP STRUCTURE; AND SCHEDULE THE FILING OF PLAINTIFFS' CONSOLIDATED COMPLAINT** |
| MICROSOFT CORPORATION, a Washington Corporation, | |
| Defendant. | |
| STEVE CARLIE, Individually and on behalf of all others similarly situated, | No. 07-CV-1132 CMP |
| Plaintiff, | Hon. Marsha J. Pechman |
| v. | |
| MICROSOFT CORPORATION, a Washington Corporation, | |
| Defendant. | |

[Caption continues on next page.]

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dockets.Justia.com

| | | |
|---|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 07-CV-1270 JCC |
| | ) | Hon. John C. Coughenour |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| HEIDI LING, As parent and natural guardian of ROBERT LING III, Individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 07-CV-1271 JLR |
| | ) | Hon. James L. Robart |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| JUSTIN HANSON, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 07-CV-1295 |
| | ) | Hon. James L. Robart |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come on before the above-entitled Court and the Court having reviewed the files and records herein and being fully apprised in the premises, now, therefore,

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there are five related class

2   action lawsuits (the "Actions") presently pending before this Court:

| Case Name | Case No. | Date Filed | Judge |
|---|---|---|---|
| *Torres v. Microsoft Corp.* | 07-CV-1121 | 7/18/2007 | Hon. John C. Coughenour |
| *Carlie v. Microsoft Corp.* | 07-CV-1132 | 7/19/2007 | Hon. Marsha J. Pechman |
| *Moskowitz v. Microsoft Corp.* | 07-CV-1270 | 8/14/2007 | Hon. John C. Coughenour |
| *Ling v. Microsoft Corp.* | 07-CV-1271 | 8/14/2007 | Hon. James L. Robart |
| *Hanson v. Microsoft Corp.* | 07-CV-1295 | 08/20/2007 | Hon. James L. Robart |

All five of these class action lawsuits seek to represent substantially the same class of people for essentially the same claims, are based on similar factual allegations and are against the same defendant, Microsoft Corporation.   Through the present motion, the plaintiffs in these actions, Luis Torres, Steve Carlie, Christine Moskowitz, David Wood, Heidi Ling, and Justin Hanson (collectively, "Plaintiffs"), jointly seek to have their separate actions consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

FURTHERMORE  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

(1) The five causes of action listed above are hereby consolidated pursuant to Federal Rules of Civil Procedure, Rule 42(a) under United States District Court Western District of Washington at Seattle Master Cause No. _____;

(2) The following firms are hereby appointed interim class counsel pursuant to FED.R.CIV.P. 23(g)(2);

    (a) Stritmatter Kessler Whelan Coluccio;

    (b) Chitwood, Harley, Harnes LLP

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1         (c)    Wasserman, Comden & Casselman, LLP;

2         (d)    Keller Rohrback, L.L.P.;

3         (e)    Kabateck Brown Kellner LLP;

4         (f)    The Hodkin Kopelowitz Ostrow Firm, PA; and

5         (g)    Krause Kalfayan Benink & Slavens, LLP.

6    (3)    The leadership structure proposed by Plaintiffs is hereby approved.as

7 follows:

8 Plaintiffs' Liasion Counsel

9     Stritmatter Kessler Whelan Coluccio;

10 Co-Lead Plaintiffs' Counsel

11     Chitwood Harley Harnes, LLP and

12     Hodkin Kopelowitz Ostrow Firm, PA;

13 Executive Committee -

14     Stritmatter Kessler Whelan Coluccio;

15     Chitwood Harley Harnes, LLP;

16     Hodkin Kopelowitz Ostrow Firm, PA;

17     Kabateck Brown Kellner, LLP;

18     Keller Rohrback, LLP;

19     Krause Kalfayan Benink and Slavens, LLP; and

20     Wasserman Comden & Casselman, LLC.

21    (4)    Any subsequently filed Complaints asserting similar claims shall be

22 consolidated herewith and subject to this Order.

23    (5)    Plaintiffs' Consolidated Complaint shall be filed no later than two weeks

24 from the date the court enters this Order.

25 DATED THIS _____ day of _____, 2007.

26

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

HONORABLE _____

Presented By:

    KELLER ROHRBACK L.L.P.

      s/ Amy Williams-Derry
      Mark A. Griffin, WSBA # 16296
      Amy Williams-Derry, WSBA #28711
      1201 Third Avenue, Suite 3200
      Seattle, Washington 98101
      Telephone: (206) 623-1900
      Facsimile: (206) 623-3384
    *Counsel for Plaintiffs Luis Torres, Heidi Ling, Christine Moskowitz and David Wood*

      Paul L. Stritmatter, WSBA # 4532
      Kevin Coluccio, WSBA # 16245
    STRITMATTER KESSLER WHELAN COLUCCIO
      200 Second Avenue West
      Seattle, Washington 98119
      Telephone: (206) 448-1777
      Facsimile: (206) 728-2131
    *Counsel for Plaintiffs Steve Carlie and Justin Hanson*
    *Proposed Liaison Counsel*

    CHITWOOD HARLEY HARNES LLP
      Gregory E. Keller, WSBA #13040
      Darren T. Kaplan
      2300 Promenade II
      1230 Peachtree Street, N.E.
      Atlanta, Georgia 30309
      Telephone: (404) 873-3900
      Facsimile: (404) 876-4476
    *Counsel for Plaintiff Luis Torres and Proposed Co-Lead Plaintiffs' Counsel*

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

THE HODKIN KOPELOWITZ OSTROW FIRM, P.A.
    Jeffrey M. Ostrow
    David Ferguson
    350 East Las Olas Boulevard, Suite 980
    Ft Lauderdale, Florida  33301
    Telephone: (954) 525-4100
    Facsimile:                                                                              (954) 525-4300
    *Counsel for Plaintiff Heidi Ling and*
    *Proposed Co-Lead Plaintiffs' Counsel*


KABATECK BROWN KELLNER LLP
    Brian S. Kabateck
    Richard L. Kellner
    644 South Figueroa Street
    Los Angeles, California 90017
    Telephone: (213) 217-5000
    Facsimile: (213) 217-5010
    *Counsel for Plaintiff Luis Torres*


KRAUSE KALFAYAN BENINK & SLAVENS, LLP
    James C. Krause
    Eric J. Benink
    625 Broadway, Suite 635
    San Diego, California  92101
    Telephone: (619) 232-0331
    Facsimile: (619) 232-4019
    *Counsel for Plaintiffs Christine Moskowitz and David Wood*


LEE & AMTZIS, P.L.
    Eric Lee
    5550 Glades Road, Suite 401
    Boca Raton, FL 33431
    Telephone: (561) 981-9988
    Facsimile:  (561) 981-9980
    *Counsel for Plaintiff Heidi Ling and*
    *Proposed Co-Lead Plaintiffs' Counsel*

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 6

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  WASSERMAN, COMDEN & CASSELMAN, LLC
2      Melissa M. Harnett
    5567 Reseda Boulevard, Suite 330
3      Tarzana, California 91357
    Telephone: (818) 705 - 6800
4      Facsimile: (818) 996 - 8266
5      *Counsel for Plaintiff Steve Carlie*

6  ///

7  ///

8  ///

9  Copy Received; Notice of Presentation Waived:
10     DAVIS WRIGHT TREMAINE, LLP
        Steven Rummage
11         Cassandra Kinkead
        1201 Third Avenue, Suite 2200
12         Seattle, WA 98101
        Telephone: (206) 757-8136
13         Fax:  (206) 757-7700
14         *Counsel for Defendant Microsoft Corporation*

15     MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
        123 South Broad Street
16         Philadelphia, PA 19109-1029
        Telephone:  (215) 772-7223
17         Fax:  (215) 731-3750
18         *Counsel for Defendant Microsoft Corporation*

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR;
07-1295 JLR) Page - 7

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384