|     |     |
| --- | --- |
| 1   | The Honorable John C. Coughenour |
| 2   | The Honorable Marsha Pechman |
|     | The Honorable James L. Robart |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LUIS TORRES, Individually and on behalf of all others similarly situated, | ) ) ) | No. 07-CV-1121 JCC |
|---|---|---|
| Plaintiff, | ) ) | Hon. John C. Coughenour |
| vs. | ) ) | DECLARATION OF ERIC J. BENINK IN SUPPORT OF DESIGNATION OF KRAUSE KALFAYAN BENINK & SLAVENS, LLP AS INTERIM COUNSEL FOR THE PUTATIVE CLASS PURSUANT TO FED.R.CIV.P. 23(g)(2)(A) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

| STEVE CARLIE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 07-CV-1132 CMP |
|---|---|---|
| Plaintiff, | ) ) ) | Hon. Marsha J. Pechman |
| vs. | ) ) | |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

[Caption continues on next page.]

Declaration of Eric J. Benink- 1

| | |
|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　Defendant. | No. 07-CV-1270<br><br>Hon. John C. Coughenour |
| HEIDI LING, As Parent And Natural Guardian Of ROBERT LING, III, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　Defendant. | No. 07-CV-1271<br><br>Hon. James L. Robart |

ERIC J. BENINK hereby declares as follows:

1. I am an attorney admitted to practice in the state of California and am seeking admission *pro hac vice* in this case. I am a partner in the law firm of Krause Kalfayan Benink & Slavens, LLP ("Krause") in San Diego and am the managing attorney at Krause for this litigation.

2. I submit this Declaration in support of the motion by Plaintiffs in the above-captioned actions to appoint the firms of Stritmatter Kessler Whelan Coluccio, Chitwood Harley Harnes, LLP, The Hodkin Kopelowitz Ostrow Firm, P.A., Kabateck Brown Kellner LLP, Keller Rohrback LLP, Krause Kalfayan

Benink and Slavens, LLP, and Wasserman Comden & Casselman, LLC as interim counsel to act on behalf of the putative class pursuant to Fed.R.Civ.P. 23(g)(2)(A).

3. Krause has done significant work in identifying and investigating potential claims in this action. Over the past three months, we have conducted factual research into the problem of Microsoft Corporation's ("Microsoft") Xbox 360 gaming consoles (the "Xbox 360") and specifically the fact that the Xbox 360 has and had a continuing problem with scratching and ruining game disks and other optical media loaded into the Xbox 360's included DVD-drive. We have performed extensive legal research in determining what causes of action these underlying facts will support as well as whether or not a class can be certified in this matter. We have expended time responding to inquiries from members of the putative class and interviewing prospective representative plaintiffs.

4. To date, attorneys and support staff at Krause have expended over 40 hours in this matter.

5. Krause and its partners have substantial experience in representing plaintiffs in class actions; our partners have achieved more than $200 million in recoveries for their clients in cases where they have acted as counsel. A copy of Krause's firm resume is annexed hereto as Exhibit "A", but I wish to highlight some of the more significant achievements in our long history of handling class action litigation.

6. We recently served as the lead counsel in a class action brought on behalf of San Diego sewer customers against the City of San Diego for sewer fee overcharges. On May 18, 2007, we obtained final approval of a $40 million settlement with the City of San Diego.

7. We currently serve on the executive committees in two significant anti-trust class actions, *In Re Natural Gas Antitrust Cases* I, II, III, and IV, San Diego Superior Court (JCCP 4221, 4224, 4226, and 4228) and *In Re Dynamic Random Access (DRAM) Antitrust Lit.* (MDL 1486) (pending before the United States District Court, Northern District of California.) Settlements achieved, to date, in the *Natural Gas* action are approximately $159.4 million.

8. We acted as co-lead counsel in *National Metals, Inc. v. Sumitomo Corporation, et al.*, Case Number GIC734001, *Heliotrope General, Inc., et al. v. Sumitomo, et al.*, Case Numbers 701679 and 701680 Superior Court, San Diego County wherein we achieved settlements of approximately $87 million for classes of victims of the antitrust conspiracy involving the copper markets.

8. The attorneys at Krause devote a significant portion of their practice to the representation of plaintiffs in consumer class actions against companies in the personal and information technology areas. We are currently prosecuting class action cases against Hotwire.com (internet travel company) and Vonage, Inc. (internet telephone company) for unfair business practices. We have successfully

prosecuted class action cases against Dell, Inc. and Sprint, LLC in recent years for unfair business practices.

9.  Krause currently has six attorneys (including one of-counsel) and two paralegals on staff. We are prepared to commit these resources, as needed, to the representation of the putative class in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 16, 2007

_____
Eric J. Benink