1
2   The Honorable John C. Coughenour
    The Honorable Marsha Pechman
    The Honorable James L. Robart

3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| LUIS TORRES, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1121 JCC<br><br>Hon. John C. Coughenour<br><br>**DECLARATION OF JEFFREY OSTROW IN SUPPORT OF DESIGNATION OF THE HODKIN KOPELOWITZ OSTROW FIRM, P.A. AS INTERIM COUNSEL FOR THE PUTATIVE CLASS PURSUANT TO FED.R.CIV.P. 23(g)(2)(A)** |
| STEVE CARLIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1132 CMP<br><br>Hon. Marsha J. Pechman |

[Caption continues on next page.]

Declaration of Jeffrey M. Ostrow - Page 1

| | |
|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1270<br><br>Hon. John C. Coughenour |
| HEIDI LING, AS PARENT AND NATURAL GUARDIAN OF ROBERT LING, III, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1271<br><br>Hon. James L. Robart |

JEFFREY M. OSTROW hereby declares as follows:

1. I am an attorney admitted to practice in the state of Florida and am seeking admission pro hac vice in this case. I am the managing partner in The Hodkin Kopelowitz Ostrow Firm, P.A. ("THKO") in Ft. Lauderdale, Florida and I am the managing attorney at THKO for this litigation.

2. I submit this Declaration in support of the motion by Plaintiffs in the above-captioned actions to appoint THKO, Stritmatter Kessler Whelan Coluccio, Chitwood Harley Harnes, LLP, Kabateck Brown Kellner LLP, Keller Rohrback LLP, Krause Kalfayan Benink and Slavens, LLP, and Wasserman Comden &

Casselman, LLC as interim counsel to act on behalf of the putative class pursuant to Fed.R.Civ.P. 23(g)(2)(A).

3. THKO has performed significant work in identifying and investigating potential claims in this action. We have conducted several months of factual research into the problem of Microsoft Corporation's ("Microsoft") Xbox 360 consoles (the "Xbox 360") and more specifically the fact that the Xbox 360 renders discs inoperable by scratching them during the normal and intended use of the Xbox 360 console. Further, we have undertaken extensive legal research in determining what causes of action these underlying facts will support.

4. We have expended significant time processing and responding inquiries from prospective members of the putative class (over 150 to date), interviewing prospective representative plaintiffs, and examining whether or not this matter can be certified as a class action.

5. To date, attorneys and support staff at THKO have expended over 280 hours in this matter.

6. THKO is one of Florida's premiere trial firms with a nationwide litigation practice. Highlighted below are some of the complex and class action matters that have been handled by some of THKO's partners who will be working on this matter.

7. As noted above, Mr. Ostrow is the Managing Partner of THKO responsible for overseeing the day to day operations of the firm. In addition to managing the firm, Mr. Ostrow practices in the areas of catastrophic personal injury, consumer class actions and commercial litigation. He has represented thousands of individuals that have been injured as a result of defective products and the negligence of corporations and individuals. Recently, he served as lead counsel in a jury trial that resulted in a several million dollar jury verdict.

8. Prior to THKO, Mr. Ostrow was in-house counsel for the largest insurance rating company in the nation, responsible for overseeing multiple national class actions and complex litigation. Mr. Ostrow is admitted to the United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, and the U.S. Court of Appeals for the Eleventh Circuit. He is an active member of the Florida Justice Association and Broward County Bar Association. He has also been named as one of Florida's "legal elite" attorneys, a finalist for the South Florida Key Partners Award and is a Member of Cambridge Who's Who Among Executives and Professionals.

9. Currently, Mr. Ostrow is co-counsel in the mast tort litigation involving Bausch & Lomb and its allegedly defective Moistureloc lens cleaning solution product. In that matter alone, he represents over 200 individuals that suffered serious eye injuries as a result of using the product. Additionally, Mr.

Ostrow has been involved with class actions relating to real estate developers and automobile insurance carriers.

10. David L. Ferguson, formerly of Steel Hector & Davis, LLP and Berger Singerman, P.A., both nationally recognized firms, practices in the areas of consumer class actions, product liability, catastrophic injury, commercial litigation, and civil rights.

11. Mr. Ferguson is AV Rated by Martindale Hubble. He is admitted to practice before the United States District Court for the Middle and Southern Districts of Florida, and all State Courts in Florida. He is a member of The Florida Bar Association and the Broward County Bar Associations.

12. Mr. Ferguson has extensive experience representing plaintiffs and defendants in class action and proposed class action lawsuits involving product liability claims (silicon breast implants, Benlate, contaminated blood products, defective Dalkon Shield I.U.D.s, defective bone screws, and arsenic exposure) and civil rights claims (gender, race, national origin, age, and disability) filed against numerous large corporations, including Bayer, UTC/Pratt & Whitney, Dow Corning, DuPont, Florida Crystals, A.H. Robins, U.S. Borax, Becton Dickinson and Company, and Comcast.

13. Adam J. Hodkin, a former partner at Holland & Knight, LLP, also a nationally recognized firm, is the head of the Consumer Class Action division of

THKO. In addition to overseeing the class action division, he concentrates his practice in the areas of complex commercial trial work and business law.

14. Mr. Hodkin has successfully handled class action lawsuits at the state and federal level, including those involving allegations of Federal Communications Act violations, Federal Driver's Privacy Protection Act, Truth in Lending Violations, Banking law violations, Real Estate Settlement Procedure Act violations, Unfair and Deceptive Trade Practices allegations, and others.

15. In the commercial arena, Mr. Hodkin has litigated significant actions involving banking and insurance fraud, prosecuted and defended multiple class actions, real property title insurance claims, probate disputes, international legal disputes, construction law issues, breaches of contract, negligence, and common law fraud. Mr. Hodkin has litigated numerous cases involving the state, federal, and local governments. Mr. Hodkin has obtained favorable outcomes for clients involved in international and domestic extraditions, state felony and misdemeanor matters, and federal white collar criminal actions based on defense contractor procurement fraud and Immigration Reform and Control Act violations.

16. Mr. Hodkin is admitted to practice before the Eleventh Circuit Court of Appeals for the United States District Courts for the Southern and Middle Districts of Florida and is a member of the Florida Bar's Client Security Trust Fund Committee.

17. In addition to THKO's extensive class action experience, the firm boasts among its many clients, several Fortune 500 Companies, including, but not limited to, the world's largest franchiser, largest home builder, largest hotel management group and one of the largest cruise ship companies, as well as several national insurance companies and banking institutions.

18. Moreover, THKO has the experience and resources necessary to represent the putative class and to prosecute this case through trial. The firm's attorneys are not simply litigators, but rather, experienced trial attorneys with the support staff needed to coordinate complex cases.

19. THKO currently has 12 attorneys, and numerous support staff members including legal assistants and paralegals. The firm's efficient staff is trained in the use of cutting edge case management technology, state of the art communication devices and computer programs which give the firm an advantage in coordinating complex commercial matters and class action suits. The firm has these significant resources at its disposal, and all of those resources will be committed as needed to the representation of the putative class in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 17, 2007

_____
JEFFREY M. OSTROW