The Honorable John C. Coughenour
The Honorable Marsha Pechman
The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS TORRES, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1121 JCC<br><br>Hon. John C. Coughenour<br><br>**DECLARATION OF MELISSA M. HARNETT IN SUPPORT OF DESIGNATION OF WASSERMAN, COMDEN & CASSELMAN LLP AS INTERIM COUNSEL FOR THE PUTATIVE CLASS PURSUANT TO FED.R.CIV.P. 23(g)(2)(A)** |
| STEVE CARLIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1132 CMP<br><br>Hon. Marsha J. Pechman |

[Caption continues on next page.]

823341.1                Declaration of Melissa M. Harnett- 1

| | | |
|---|---|---|
| 1 | CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated, ) ) ) | No. 07-CV-1270 |
| 2 | ) | Hon. John C. Coughenour |
| 3 | Plaintiffs, ) ) | |
| 4 | vs. ) ) | |
| 5 | MICROSOFT CORPORATION, a Washington Corporation, ) ) ) | |
| 6 | ) | |
| 7 | Defendant. ) ) | |

| | | |
|---|---|---|
| 9 | HEIDI LING, As Parent And Natural Guardian Of ROBERT LING, III, Individually and on behalf of all others similarly situated, ) ) ) | No. 07-CV-1271 |
| 10 | ) | Hon. James L. Robart |
| 11 | Plaintiff, ) ) | |
| 12 | vs. ) ) | |
| 13 | MICROSOFT CORPORATION, a Washington Corporation, ) ) ) | |
| 14 | ) | |
| 15 | Defendant. ) | |

MELISSA M. HARNETT hereby declares as follows:

1. I am an attorney admitted to practice in the state of California and have been admitted pro hac vice in the case of *Carlie v. Microsoft Corporation*, United States District Court for the Western District of Washington case number 07-CV-1132 CMP. I am a partner in the law firm of Wasserman, Comden & Casselman, LLP ("WCC") in Los Angeles, California and am the managing attorney at WCC for this litigation.

2. I submit this Declaration in support of the motion by Plaintiffs in the above-captioned actions to appoint the firms of Stritmatter Kessler Whelan Coluccio, Chitwood Harley Harnes, LLP, The Hodkin Kopelowitz Ostrow Firm, P.A., Kabateck Brown Kellner LLP, Keller Rohrback LLP, Krause Kalfayan

Benink and Slavens, LLP, and Wasserman Comden & Casselman, LLC as interim counsel to act on behalf of the putative class pursuant to Fed.R.Civ.P. 23(g)(2)(A).

3. Prior to filing the law suit, WCC spent many months investigating and identifying the potential claims in this action. During that time period, and continuing after the initiation of the action, WCC conducted factual research into the problems experienced by consumers with respect to Microsoft Corporation's ("Microsoft") Xbox 360 gaming consoles (the "Xbox 360"), and specifically the fact that the Xbox 360 scratches and destroys game disks and other optical media loaded into the Xbox 360's included DVD-drive. Additionally, we have performed extensive legal research in determining the appropriate causes of action arising by virtue of the underlying facts as well as whether or not a class can be certified in this matter. We have been contacted by and responded to hundreds of inquiries from members of the putative class, and we have interviewed prospective representative plaintiffs.

4. To date, attorneys and support staff at WCC have expended over 160 hours in this matter.

5. WCC is one of the leading plaintiff's class action law firms in the United States with a nationwide litigation practice. Our team includes experienced trial lawyers and members of the American Board of Trial Advocates, and our attorneys have presented seminars to such organizations as the American Bar Association and the California Judges Association, as well as served as professors at local law schools. Further, WCC's expertise has also been used to draft key legislation and local rules in California to assist courts in managing civil litigation.

6. WCC recently finalized what is believed to be the largest settlement in Santa Barbara County history, in which Senior Trial Partner David B. Casselman negotiated a payment of $80,970,000.00 by the State of California's Caltrans to residents affected by a major landslide. Our firm has been appointed class counsel by the State of California and Federal Courts on multiple occasions, and has successfully resolved class actions against defendants such as Denny's, CitiBank, American Express Financial Advisors, First USA Bank, Neptune Technologies, Inc., Metro-Goldwyn-Mayer, Inc. and HomeStore.com..

7. Moreover, WCC has the experience and resources to prosecute this case through trial, if necessary. Unlike many firms that prosecute class actions, attorneys at WCC have successfully completed a number of bench and jury trials of complex cases. Gregory Ramirez, a partner at WCC and one of the attorneys who will litigate this action, has been a practicing trial lawyer for 17 years and has tried over 40 jury trials to verdict. He has been appointed lead counsel in several class actions, including a class action against Nabisco Corp. which was settled in for $2.2 million. He has been a board member and President of the Ventura County Trial Lawyers' Association (1999-2004) and is an active member of ABOTA and the American Trial Lawyers' Association.

8. I have been a practicing attorney for over 14 years. I am the head of the Class Action Department at the law firm of WCC. I have litigated, and am continuing to litigate, multiple class actions involving putative classes with hundreds, and sometime thousands, of members. At the present time, I am counsel of record, overseeing, and/or litigating more than ten actions involving class claims. I am currently co-counsel for a certified class in the matter of *Ramirez v.*

*Seaboard Produce Distributors, Inc.*, a wage and hour class action involving more than 1200 workers in the agricultural industry. I have been appointed by the U.S. District Court for the District of South Carolina as a member of the Economic Injury Plaintiffs' Steering Committee in *In re In Re: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation*, MDL No. 1785. I am currently serving on the Plaintiff's Executive Committee in the Federal Multi-District Litigation *In re Bluetooth Headset Litigation*, MDL No. 1822, involving class claims relating to Bluetooth Headsets sold by Motorola, Jabra and Plantronics

9.  WCC currently has over thirty attorneys and nine paralegals on staff. The firm routinely incurs out-of-pocket expenses in excess of hundreds of thousands of dollars in preparing cases for trial. All of these resources will be committed as needed to the representation of the putative class in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 17, 2007

_____
Melissa M. Harnett