THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE MARSHA PECHMAN
THE HONORABLE JAMES L. ROBART
Noted for Hearing: September 7, 2007
Without Oral Argument

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LUIS TORRES, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Defendant. | No. 07-CV-1121 JCC<br><br>Hon. John C. Coughenour<br><br>**CERTIFICATE OF SERVICE** |
| STEVE CARLIE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Defendant. | No. 07-CV-1132 CMP<br><br>Hon. Marsha J. Pechman |

[Caption continues on next page.]

CERTIFICATE OF SERVICE
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dockets.Justia.com

| | |
|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>        Defendant. | Case No.  07-CV-1270 JCC<br><br>Hon. John C. Coughenour |
| HEIDI LING, As parent and natural guardian of ROBERT LING III, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>        Defendant. | Case No.  07-CV-1271 JLR<br><br>Hon. James L. Robart |
| JUSTIN HANSON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>        Defendant. | Case No.      07-CV-1295<br><br>Hon. James L. Robart |

I hereby certify that on August 20, 2007, I caused the following:

    1.    Declaration of Mark A. Griffin in Support of Designation of Keller Rohrback L.L.P. as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P.23(G)(2)(A);
    2.    Plaintiffs' Joint Motion to Consolidate Related Cases Pursuant to Fed.R.Civ.P. 42(A); Appoint Interim Class Counsel Pursuant to Fed.R.Civ.P. 23(G)(2); Approve Plaintiffs' Proposed Leadership Structure;  and Schedule the Filing of Plaintiffs' Consolidated Complaint;

CERTIFICATE OF SERVICE
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

3. Declaration Of Eric J. Benink in Support of Designation of Krause Kalfayan Benink & Slavens, LLP as Interim Counsel for The Putative Class Pursuant to Fed.R.Civ.P. 23 (G)(2)(A);

4. Declaration of Jeffrey Ostrow in Support of Designation of The Hodkin Kopelowitz Ostrow Firm, P.A. as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P. 23(G)(2)(A);

5. Declaration of Richard L. Kellner in Support of Designation of Kabateck Brown Kellner as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P.23 (G)(2)(A);

6. Declaration of Melissa M. Harnett in Support of Designation of Wasserman, Comden & Casselman LLP as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P. 23(G)(2)(A);

7. Declaration of Eric Lee in Support of Designation of Keller Rohrback L.L.P. as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P.23(G)(2)(A);

8. Declaration of Kevin Coluccio in Support of Designation of Stritmatter Kessler Whelan Coluccio as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P 23(G)(2)(A);

9. Declaration of Darren T. Kaplan in Support of Designation of Chitwood Harley Harnes LLP as Interim Counsel for the Putative Class Pursuant to Fed.R.Civ.P. 23(G)(2)(A);

10. Order (Proposed) Granting Plaintiffs' Joint Motion to Consolidate Related Cases Pursuant to Fed.R.Civ.P. 42(A); Appoint Interim Class Counsel Pursuant to Fed.R.Civ.P. 23(G)(2); Approve Plaintiffs' Proposed Leadership Structure; and Schedule the Filing of Plaintiffs' Consolidated Complaint; and

11. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an notice of the electronic filing to all counsel who have appeared. Copies have also been served on Plaintiffs' Counsel in all five actions and on Stephen M. Rummage via email.

By  s/ Amy Williams-Derry
    Amy Williams-Derry

CERTIFICATE OF SERVICE
(07-1121 JCC; 07-1132 CMP; 07-1270 JCC; 07-1271 JLR; 07-1295 JLR) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384