# United States District Court
# Western District of Washington

| | |
|---|---|
| Heidi Ling, as parent and natural guardian of Robert Ling, III, individually and on behalf of all others similarly situated, <br> Plaintiff(s) <br> v. <br> Microsoft Corporation, <br> Defendant(s) | Case Number   2:07-cv-01271-JLR <br><br> APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __David L. Ferguson__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

> Heidi Ling, as parent and natural guardian of Robert Ling, III

The particular need for my appearance and participation is:

> to represent my client in this District against the Defendant

I, __David L. Ferguson__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug 17, 2007    Signature of Applicant: s/ David L. Ferguson

Page 1 of 3

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | David L. Ferguson |
| Law Firm Name: | The Hodkin Kopelowitz Ostrow Firm, P.A. |
| Street Address 1: | 350 E. Las Olas Blvd., Ste. 980 |
| Address Line 2: | |
| City: | Fort Lauderdale |
| State: | Florida |
| Zip: | 33301 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 954-525-4100 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant David L. Ferguson is unable to be present upon any date assigned by the court.

Date: Aug 17, 2007       Signature of Local Counsel: s/ Amy Williams-Derry

| | |
|---|---|
| Local Counsel's Name: | Amy Williams-Derry |
| Law Firm Name: | Keller Rohrback, L.L.P. |
| Street Address 1: | 1201 Third Avenue, Ste. 3200 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-623-1900 |