```
                                    ___ FILED      ___ ENTERED
                                    ___ LODGED     ___ RECEIVED

                                         AUG 24 2007        LK
                                              AT SEATTLE
                                       CLERK U.S. DISTRICT COURT
                                     WESTERN DISTRICT OF WASHINGTON
                                                              DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| HEIDI LING, AS PARENT AND NATURAL GUARDIAN OF ROBERT LING, III, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br>　　　　　　　　Plaintiff/Petitioner<br>vs.<br>MICROSOFT CORPORATION, A WASHINGTON CORPORATION<br>　　　　　　　　Defendant/Respondent | Cause #: C07-1271R<br><br>Declaration of Service of:<br>SUMMONS IN A CIVIL ACTION; COMPLAINT- CLASS ACTION JURY DEMANDED<br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 21 2007 3:23PM at the address of 925 FOURTH AVE STE. 2900 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon MICROSOFT CORPORATION, A WASHINGTON CORPORATION by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with DOROTHY NELSON, VICE PRESIDENT IN THE OFFICE OF PTSGE CORP., REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 22, 2007 at Seattle, WA

by _____/s/ J. Bradford_____　　　　　　　　Service Fee Total: $ 17.00
　　　　　J. Bradford

07-CV-00127-RCPT

ORIGINAL OF SERVICE

Page 1 of 1

Keller, Rohrback L.L.P.
1201 3rd Ave, #3200
Seattle, WA  98101
206 623-1900