The Honorable John C. Coughenour<br>
The Honorable Marsha J. Pechman<br>
The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LUIS TORRES, individually and on behalf of all others similarly situated, | ) ) | No. C07-1121 JCC |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | |
| Defendant. | ) ) | |
| STEVE CARLIE, individually and on behalf of all others similarly situated, | ) ) ) | No. C07-1132 MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE
(07-1270 JCC; 07-1271 JLR; 07-1295 JLR) - 1

SEA 2076476v1 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | CHRISTINE MOSKOWITZ and DAVID WOOD, individually and on behalf of all others similarly situated, ) ) ) ) | No. C07-1270 JCC |
| | Plaintiff, | |
| | v. | |
| | MICROSOFT CORPORATION, a Washington corporation, | |
| | Defendant. | |
| | HEIDI LING, as parent and natural guardian of ROBERT LING, III, individually and on behalf of all others similarly situated, | No. C07-1271 JLR |
| | Plaintiff, | |
| | v. | |
| | MICROSOFT CORPORATION, a Washington corporation, | |
| | Defendant. | |
| | JUSTIN HANSON, individually and on behalf of all others similarly situated, | No. C07-1295 JLR |
| | Plaintiff, | |
| | v. | |
| | MICROSOFT CORPORATION, a Washington corporation, | |
| | Defendant. | |

TO:      Clerk of the Court

TO:      Plaintiffs Moskowitz and Wood
            Plaintiffs Ling
            Plaintiff Hanson

NOTICE OF APPEARANCE
(07-1270 JCC; 07-1271 JLR; 07-1295 JLR) - 2

SEA 2076476v1 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   AND TO:    Plaintiffs' Counsel of Record

2       PLEASE TAKE NOTICE that Microsoft Corporation, the defendant above-named,

3   hereby makes and enters its appearance in the above-entitled action by its undersigned

4   attorneys and requests that all future papers or pleadings except original process be served

5   upon their said attorneys at their address stated below.

6

7       DATED this 31st day of August, 2007.

                                      Davis Wright Tremaine LLP
                                      Attorneys for Defendant
                                      Microsoft Corporation

By */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA#11168
    Cassandra Kinkead, WSBA #22845
    Suite 2200
    1201 Third Avenue
    Seattle, Washington  98101-3045
    Telephone: (206) 757-8136
    Fax: (206) 757-7136
    E-mail:  steverummage@dwt.com
              cassikinkead@dwt.com

*Of Counsel*:

Charles B. Casper
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad St.
Philadelphia, PA 19109-1029
Telephone: (215) 772-7223
Fax: (215) 731-3750
E-mail:  ccasper@mmwr.com

NOTICE OF APPEARANCE
(07-1270 JCC; 07-1271 JLR; 07-1295 JLR) - 3
SEA 2076476v1 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I presented the foregoing Notice of Appearance to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Paul L Stritmatter | pauls@stritmatter.com |
| Kevin Coluccio | kc@skwwc.com |
| Melissa M Harnett | mharnett@wcclaw.com |
| Mark Adam Griffin | mgriffin@kellerrohrback.com |
| Amy C. Williams-Derry: | awilliams-derry@kellerrohrback.com |
| Mark Adam Griffin: | mgriffin@kellerrohrback.com |
| Lynn Lincoln Sarko: | lsarko@kellerrohrback.com |
| Darren T Kaplan | dkaplan@chitwoodlaw.com, |
| Ray W Kahler | ray@skwwc.com |

DATED this 31st day of August, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By */s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Davis Wright Tremaine LLP
    Suite 2200
    1201 Third Avenue
    Seattle, Washington  98101-3045
    Telephone: (206) 757-8136
    Fax: (206) 757-7136
    E-mail:  steverummage@dwt.com

NOTICE OF APPEARANCE
(07-1270 JCC; 07-1271 JLR; 07-1295 JLR) - 4

SEA 2076476v1 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700