# EXHIBIT A

The Honorable John C. Coughenour
The Honorable Marsha J. Pechman
The Honorable James L. Robart
Noted for Hearing: September 7, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LUIS TORRES, individually and on behalf of all others similarly situated, | No. C07-1121 JCC |
| Plaintiff, | ~~Hon. John C. Coughenour~~ |
| v. | ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES ~~PURSUANT TO FED.R.CIV.P. 42(a)~~; APPOINT INTERIM CLASS COUNSEL ~~PURSUANT TO FED.R.CIV.P 23(g)(2)~~; APPROVE ~~PLAINTIFFS'~~ PROPOSED LEADERSHIP STRUCTURE; AND SCHEDULE ~~THE FILING OF PLAINTIFFS'~~ CONSOLIDATED COMPLAINT |
| MICROSOFT CORPORATION, a Washington ~~Corporation~~corporation, | |
| Defendant. | |
| ~~[CAPTION CONTINUES ON NEXT PAGE]~~ | |
| STEVE CARLIE, individually and on behalf of all others similarly situated, | No. C07-~~CV-~~1132 ~~CMP~~MJP |
| Plaintiff, | ~~Hon. Marsha J. Pechman~~ |

Exhibit A-2

|  |  |  |
|---|---|---|
| v. | ) |  |
|  | ) |  |
| MICROSOFT CORPORATION, a Washington ~~Corporation~~corporation, | ) ) ) | |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| CHRISTINE MOSKOWITZ and DAVID WOOD, individually and on behalf of all others similarly situated, | ) ) ) | No. C07-~~CV-~~1270 JCC |
|  | ) | ~~Hon. John C. Coughenour~~ |
| ~~Plaintiffs,~~  Plaintiff, | ) ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| MICROSOFT CORPORATION, a Washington ~~Corporation~~corporation, | ) ) ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |
| HEIDI LING, as parent and natural guardian of ROBERT LING, III, individually and on behalf of all others similarly situated, | ) ) ) | No. C07-~~CV-~~1271 JLR |
|  | ) | ~~Hon James L. Robart~~ |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| MICROSOFT CORPORATION, a Washington ~~Corporation~~corporation, | ) ) ) | |
|  | ) | |
| Defendant. | ) | |

~~[CAPTION CONTINUES ON NEXT PAGE]~~

|  |  |  |
|---|---|---|
|  | ) | |
| JUSTIN HANSON, individually and on behalf of all others similarly situated, | ) ) | No. C07-~~CV-~~1295 JLR |
|  | ) | ~~Hon. James L. Robart~~ |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| MICROSOFT CORPORATION, a Washington ~~Corporation~~corporation, | ) ) ) | |
|  | ) | |

Exhibit A-3

    Defendant.         )

THIS MATTER having come on before the above-entitled Court and the Court having reviewed the files and records herein and being fully apprised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there are five related ~~putative~~ class action lawsuits (the "Actions") presently pending before this Court:

| Torres v. Microsoft Corp. | 07-CV-1121 | 7/18/2007 | Hon. John C. Coughenour |
|---|---|---|---|
| ~~Hanson v. Microsoft Corp.~~ | ~~07-CV-1295~~ | ~~08/20/2007~~ | ~~Hon. James L. Robart~~ |
| Carlie v. Microsoft Corp. | 07-CV-1132 | 7/19/2007 | Hon. Marsha J. Pechman |
| Moskowitz v. Microsoft Corp. | 07-CV-1270 | 8/14/2007 | Hon. John C. Coughenour |
| Ling v. Microsoft Corp. | 07-CV-1271 | 8/14/2007 | Hon. James L. Robart |
| Hanson v. Microsoft Corp. | 07-CV-1295 | 08/20/2007 | Hon. James L. Robart |

~~All~~Plaintiffs in all five of these putative class action lawsuits seek to represent substantially the same proposed class of people for essentially the same claims~~,~~.  The five putative class action lawsuits are based on similar factual allegations and are asserted against the same defendant, Microsoft Corporation.  Through the present motion, the plaintiffs in these actions, Luis Torres, Steve Carlie, Christine Moskowitz, David Wood, Heidi Ling, and Justin Hanson (collectively, "Plaintiffs"), jointly seek to have their separate actions consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

~~FURTHERMORE~~ IT IS ~~HEREBY~~FURTHER ORDERED, ADJUDGED AND DECREED that

Exhibit A-4

(1) The five causes of action listed above are hereby consolidated <ins>for all purposes</ins> pursuant to Federal Rules of Civil Procedure, Rule 42(a) under United States District Court Western District of Washington at Seattle Master Cause No. _____<ins>.</ins> <ins>Every pleading filed in the consolidated action shall bear only that cause number, and the files of these consolidated actions shall be maintained in one file under Master Cause No. _____</ins>;

(2) ~~The~~<ins>Without prejudging the propriety of class certification, the Court hereby appoints the</ins> following firms ~~are hereby appointed~~<ins>as</ins> interim class counsel pursuant to ~~FED.R.CIV.P.~~<ins>Federal Rules of Civil Procedure, Rule</ins> 23(g)(2)~~;~~<ins>:</ins>

    (a) Stritmatter Kessler Whelan Coluccio;

    (b) Chitwood, Harley, Haynes LLP

    (c) Wasserman, Comden & Casselman, LLP;

    (d) Keller Rohrback, L.L.P.;

    (e) Kabateck Brown Kellner LLP;

    (f) The Hodkin Kopelowitz Ostrow Firm, PA; and

    (g) Krause Kalfayan Benink & Slavens, LLP.

(3) The leadership structure proposed by Plaintiffs is hereby approved as follows:

    Plaintiffs' Liaison Counsel

        Stritmatter Kessler Whelan Coluccio;

    Co-Lead Plaintiffs' Counsel

        Chitwood Harley Harnes, LLP<ins>;</ins> and

        Hodkin Kopelowitz Ostrow Firm, PA;

Exhibit A-5

    Executive Committee -

      Stritmatter Kessler Whelan Coluccio;

      Chitwood Harley Harnes, LLP;

      Hodkin Kopelowitz Ostrow Firm, PA;

      Kabateck Brown Kellner, LLP;

      Keller Rohrback, LLP;

      Krause Kalfayan Benink and Slavens, LLP; and

      Wasserman Comden & Casselman, LLC.

(4) Plaintiffs' Liaison Counsel shall be responsible for communications with Defendant's counsel, so that Defendant's counsel's communications to Plaintiffs' Liaison Counsel shall be deemed for all purposes as having been conveyed to all Plaintiffs' counsel listed in this Order.

(5) Any subsequently filed ~~Complaints~~complaints asserting similar claims shall be consolidated herewith for all purposes and subject to this Order.

(~~5~~6) Plaintiffs' Consolidated Complaint shall be filed and served no later than ~~two weeks~~fourteen (14) days from the date the court enters this Order.

(7) Defendant's response to Plaintiffs' Consolidated Complaint shall be filed no later than thirty (30) days after the filing and service of Plaintiffs' Consolidated Complaint.

DATED THIS _____ day of _____, 2007.

                     _____
                    ~~HONORABLE~~ _____
                      United States District Judge

Exhibit A-6