The Honorable John C. Coughenour<br>
The Honorable Marsha J. Pechman<br>
The Honorable James L. Robart<br>
Noted for Hearing: September 7, 2007<br>
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS TORRES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendant. | No. C07-1121 JCC<br><br>ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES; APPOINT INTERIM CLASS COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE; AND SCHEDULE CONSOLIDATED COMPLAINT |
| STEVE CARLIE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendant. | No. C07-1132 MJP |

ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION
TO CONSOLIDATE, APPOINT INTERIM CLASS COUNSEL,
APPROVE PROPOSED LEADERSHIP STRUCTURE - 1

SEA 2075873v3 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

| | | |
|---|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, individually and on behalf of all others similarly situated, | ) ) ) ) | No. C07-1270 JCC |
| Plaintiff, | ) | |
| v. | ) | |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) | |
| Defendant. | ) | |
| HEIDI LING, as parent and natural guardian of ROBERT LING, III, individually and on behalf of all others similarly situated, | ) ) ) | No. C07-1271 JLR |
| Plaintiff, | ) | |
| v. | ) | |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) | |
| Defendant. | ) | |
| JUSTIN HANSON, individually and on behalf of all others similarly situated, | ) ) | No. C07-1295 JLR |
| Plaintiff, | ) | |
| v. | ) | |
| MICROSOFT CORPORATION, a Washington corporation, | ) ) | |
| Defendant. | ) | |

THIS MATTER having come on before the above-entitled Court and the Court having reviewed the files and records herein and being fully apprised in the premises, now, therefore,

ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE, APPOINT INTERIM CLASS COUNSEL, APPROVE PROPOSED LEADERSHIP STRUCTURE - 2

SEA 2075873v3 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there are five related putative class action lawsuits (the "Actions") presently pending before this Court:

| Torres v. Microsoft Corp. | 07-CV-1121 | 7/18/2007 | Hon. John C. Coughenour |
| Carlie v. Microsoft Corp. | 07-CV-1132 | 7/19/2007 | Hon. Marsha J. Pechman |
| Moskowitz v. Microsoft Corp. | 07-CV-1270 | 8/14/2007 | Hon. John C. Coughenour |
| Ling v. Microsoft Corp. | 07-CV-1271 | 8/14/2007 | Hon. James L. Robart |
| Hanson v. Microsoft Corp. | 07-CV-1295 | 08/20/2007 | Hon. James L. Robart |

Plaintiffs in all five of these putative class action lawsuits seek to represent substantially the same proposed class of people for essentially the same claims. The five putative class action lawsuits are based on similar factual allegations and are asserted against the same defendant, Microsoft Corporation. Through the present motion, the plaintiffs in these actions, Luis Torres, Steve Carlie, Christine Moskowitz, David Wood, Heidi Ling, and Justin Hanson (collectively, "Plaintiffs"), jointly seek to have their separate actions consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

(1)   The five causes of action listed above are hereby consolidated for all purposes pursuant to Federal Rules of Civil Procedure, Rule 42(a) under United States District Court Western District of Washington at Seattle Master Cause No. _____. Every pleading filed in the consolidated action shall bear only that cause number, and the files of these consolidated actions shall be maintained in one file under Master Cause No. _____;

ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION
TO CONSOLIDATE, APPOINT INTERIM CLASS COUNSEL,
APPROVE PROPOSED LEADERSHIP STRUCTURE - 3

SEA 2075873v3 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   (2) Without prejudging the propriety of class certification, the Court hereby appoints the following firms as interim class counsel pursuant to Federal Rules of Civil Procedure, Rule 23(g)(2):

  (a) Stritmatter Kessler Whelan Coluccio;

  (b) Chitwood, Harley, Haynes LLP

  (c) Wasserman, Comden & Casselman, LLP;

  (d) Keller Rohrback, L.L.P.;

  (e) Kabateck Brown Kellner LLP;

  (f) The Hodkin Kopelowitz Ostrow Firm, PA; and

  (g) Krause Kalfayan Benink & Slavens, LLP.

  (3) The leadership structure proposed by Plaintiffs is hereby approved as follows:

Plaintiffs' Liaison Counsel

  Stritmatter Kessler Whelan Coluccio;

Co-Lead Plaintiffs' Counsel

  Chitwood Harley Harnes, LLP; and

  Hodkin Kopelowitz Ostrow Firm, PA;

Executive Committee -

  Stritmatter Kessler Whelan Coluccio;

  Chitwood Harley Harnes, LLP;

  Hodkin Kopelowitz Ostrow Firm, PA;

  Kabateck Brown Kellner, LLP;

  Keller Rohrback, LLP;

ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION
TO CONSOLIDATE, APPOINT INTERIM CLASS COUNSEL,
APPROVE PROPOSED LEADERSHIP STRUCTURE - 4

SEA 2075873v3 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Krause Kalfayan Benink and Slavens, LLP; and

Wasserman Comden & Casselman, LLC.

(4) Plaintiffs' Liaison Counsel shall be responsible for communications with Defendant's counsel, so that Defendant's counsel's communications to Plaintiffs' Liaison Counsel shall be deemed for all purposes as having been conveyed to all Plaintiffs' counsel listed in this Order.

(5) Any subsequently filed complaints asserting similar claims shall be consolidated herewith for all purposes and subject to this Order.

(6) Plaintiffs' Consolidated Complaint shall be filed and served no later than fourteen (14) days from the date the Court enters this Order.

(7) Defendant's response to Plaintiffs' Consolidated Complaint shall be filed no later than thirty (30) days after the filing and service of Plaintiffs' Consolidated Complaint.

DATED THIS _____ day of _____, 2007.

_____
United States District Judge

Presented By:

DAVIS WRIGHT TREMAINE LLP
Counsel for Defendant Microsoft Corporation

By /s/Stephen M. Rummage
    Stephen M. Rummage
    Cassandra Kinkead

*Of counsel:*

Charles B. Casper
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION
TO CONSOLIDATE, APPOINT INTERIM CLASS COUNSEL,
APPROVE PROPOSED LEADERSHIP STRUCTURE - 5

SEA 2075873v3 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I presented the foregoing Order (Proposed) Granting Plaintiffs' Joint Motion to Consolidate Related Cases; Appoint Interim Class Counsel; Approve Proposed Leadership Structure; and Schedule Consolidated Complaint to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Paul L Stritmatter | pauls@stritmatter.com |
| Kevin Coluccio | kc@skwwc.com |
| Melissa M Harnett | mharnett@wcclaw.com |
| Mark Adam Griffin | mgriffin@kellerrohrback.com |
| Amy C. Williams-Derry: | awilliams-derry@kellerrohrback.com |
| Mark Adam Griffin: | mgriffin@kellerrohrback.com |
| Lynn Lincoln Sarko: | lsarko@kellerrohrback.com |
| Darren T Kaplan | dkaplan@chitwoodlaw.com, |
| Ray W Kahler | ray@skwwc.com |

DATED this 31st day of August, 2007.

Davis Wright Tremaine LLP
Attorneys for Defendant
Microsoft Corporation

By /s/ Stephen M. Rummage
    Stephen M. Rummage, WSBA #11168
    Davis Wright Tremaine LLP
    Suite 2200
    1201 Third Avenue
    Seattle, Washington  98101-3045
    Telephone: (206) 757-8136
    Fax: (206) 757-7136
    E-mail:  steverummage@dwt.com

ORDER (PROPOSED) GRANTING PLAINTIFFS' JOINT MOTION
TO CONSOLIDATE, APPOINT INTERIM CLASS COUNSEL,
APPROVE PROPOSED LEADERSHIP STRUCTURE - 6

SEA 2075873v3 0025936-000726

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700