1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDI LING, et al.,

                    Plaintiffs,

          v.

MICROSOFT CORPORATION,

                    Defendant.

CASE NO. C07-1271JLR

ORDER

          This case is hereby transferred to the Honorable John C. Coughenour as related to

C07-1121JCC.  All future pleadings shall bear the cause number C07-1271JCC.

          Dated this 5th day of September, 2007.



                                        _____
                                        JAMES L. ROBART
                                        United States District Judge

ORDER