1
2
3
4
5

THE HONORABLE JOHN C. COUGHENOUR

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

LUIS TORRES, Individually and on behalf of
all others similarly situated,

               Plaintiff,

10
11

    v.

12

MICROSOFT CORPORATION, a Washington
Corporation,

13

               Defendant.

) No. 07-CV-1121 JCC
)
)
) Hon. John C. Coughenour
)
) **PLAINTIFFS' REPLY RE MOTION TO**
) **CONSOLIDATE RELATED CASES;**
) **APPOINT INTERIM CLASS COUNSEL;**
) **APPROVE PROPOSED LEADERSHIP**
) **STRUCTURE; AND SCHEDULE**
) **CONSOLIDATED COMPLAINT**
)
)
)
)

14
15
16
17

STEVE CARLIE, Individually and on behalf of
all others similarly situated,

18

               Plaintiff,

19

    v.

20
21

MICROSOFT CORPORATION, a Washington
Corporation,

22

               Defendant.

) No. 07-CV-1132 JCC
)
)
) Hon. John C. Coughenour
)
)
)
)
)
)
)
)
)

23

[Caption continues on next page.]

24
25
26

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dockets.Justia.com

| | |
|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated, | ) Case No.  07-CV-1270 JCC<br>)<br>) Hon. John C. Coughenour<br>) |
| Plaintiffs, | ) |
| v. | ) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) |
| Defendant. | ) |

| | |
|---|---|
| HEIDI LING, As parent and natural guardian of ROBERT LING III, Individually and on behalf of all others similarly situated, | ) Case No.  07-CV-1271 JCC<br>)<br>) Hon. John C. Coughenour |
| Plaintiff, | ) |
| v. | ) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) |
| Defendant. | ) |

| | |
|---|---|
| JUSTIN HANSON, Individually and On Behalf of All Others Similarly Situated, | ) Case No.        07-CV-1295 JCC<br>)<br>) Hon. John C. Coughenour |
| Plaintiff, | ) |
| v. | ) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) |
| Defendant. | ) |

COME NOW THE plaintiffs, by and through their attorneys of record, and hereby advise the Court that the parties have stipulated to an agreed order, which is being filed with the court.

Dated this 7th day of September, 2007.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

KELLER ROHRBACK L.L.P.


_s/ Amy Williams-Derry_
Mark A. Griffin, WSBA # 16296
Amy Williams-Derry, WSBA #28711
1201 Third Avenue, Suite 3200
Seattle, Washington  98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
*Counsel for Plaintiffs Luis Torres, Heidi Ling,*
*Christine Moskowitz and David Wood*

THE HODKIN KOPELOWITZ OSTROW FIRM, P.A.
Jeffrey M. Ostrow
David Ferguson
350 East Las Olas Boulevard, Suite 980
Ft Lauderdale, Florida  33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*Counsel for Plaintiff Heidi Ling and*
*Proposed Co-Lead Plaintiffs' Counsel*

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

## CERTIFICATE OF SERVICE

2

  I hereby certify that on September 7, 2007, a true and correct copy of the foregoing

3

document was served upon all known counsel of record via the court's electronic filing system.

4

Stephen M. Rummage, WSBA #11168

5

Cassandra Kinkead, WSBA #22845
DAVIS WRIGHT TREMAINE LLP

6

1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045

7

Tel:  (206) 757-8136
Fax:  (206) 757-7135

8

steverummage@dwt.com

9

cassikinkead@dwt.com

10

*Attorneys for Microsoft Corporation*

11

12

  DATED this 7th day of September, 2007.

13

14

      _/s/ Amy Williams-Derry_____
     Amy Williams-Derry

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(07-1121 JCC) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384