THE HONORABLE JOHN C. COUGHENOUR
Noted for Hearing: September 7, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS TORRES, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1121 JCC<br><br>Hon. John C. Coughenour<br><br>**STIPULATED ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES; APPOINT INTERIM CLASS COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE; AND SCHEDULE CONSOLIDATED COMPLAINT** |
| STEVE CARLIE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 07-CV-1132 JCC<br><br>Hon. John C. Coughenour |

[Caption continues on next page.]

---

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE
(07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC; 07-1295 JCC) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHRISTINE MOSKOWITZ and DAVID WOOD, Individually and on behalf of all others similarly situated, | ) Case No. 07-CV-1270 JCC )  ) Hon. John C. Coughenour ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) |
| Defendant. | ) ) |
| HEIDI LING, As parent and natural guardian of ROBERT LING III, Individually and on behalf of all others similarly situated, | ) Case No. 07-CV-1271 JCC ) ) ) Hon. John C. Coughenour |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) ) |
| Defendant. | ) ) |
| JUSTIN HANSON, Individually and On Behalf of All Others Similarly Situated, | ) Case No.    07-CV-1295 JCC ) ) Hon. John C. Coughenour |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) |
| Defendant. | ) ) ) |

THIS MATTER having come on before the above-entitled Court and the Court having reviewed the files and records herein and being fully apprised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there are five related putative class action lawsuits (the "Actions") presently pending before this Court:

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE (07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC; 07-1295 JCC) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| Torres v. Microsoft Corp. | 07-CV-1121 | 7/18/2007 | Hon. John C. Coughenour |
| Carlie v. Microsoft Corp. | 07-CV-1132 | 7/19/2007 | Hon. John C. Coughenour |
| Moskowitz v. Microsoft Corp. | 07-CV-1270 | 8/14/2007 | Hon. John C. Coughenour |
| Ling v. Microsoft Corp. | 07-CV-1271 | 8/14/2007 | Hon. John C. Coughenour |
| Hanson v. Microsoft Corp. | 07-CV-1295 | 08/20/2007 | Hon. John C. Coughenour |

Plaintiffs in all five of these putative class action lawsuits seek to represent substantially the same proposed class of people for essentially the same claims. The five putative class action lawsuits are based on similar factual allegations and are asserted against the same defendant, Microsoft Corporation. Through the present motion, the plaintiffs in these actions, Luis Torres, Steve Carlie, Christine Moskowitz, David Wood, Heidi Ling, and Justin Hanson (collectively, "Plaintiffs"), jointly seek to have their separate actions consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

(1) The five causes of action listed above are hereby consolidated for all purposes pursuant to Federal Rules of Civil Procedure, Rule 42(a) under United States District Court Western District of Washington at Seattle Master Cause No. _____. Every pleading filed in the consolidated action shall bear the following caption:

**IN RE MICROSOFT XBOX 360**                        **Master Cause No.**
**SCRATCHED DISC LITIGATION**

The files of these consolidated actions shall be maintained in one file under the Master Cause No. _____. In the event that any party wishes to file a pleading that relates only to fewer than all of the consolidated actions, the filing shall be designated, with the following

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE (07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC; 07-1295 JCC) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  subcaption:

2  **IN RE MICROSOFT XBOX 360**          **Master Cause No.**
   **SCRATCHED DISC LITIGATION**
3

4  This Document Relates To:   Cause No. [     ] [Name of Plaintiff]

5

6  Unless so designated, any filing in this action will be deemed to relate to all actions

7  consolidated under the Master Cause No. _____.

8

9

10  (2)   Without prejudging the propriety of class certification, the Court hereby appoints

11  the following firms as interim class counsel pursuant to Federal Rules of Civil Procedure, Rule

12  23(g)(2):

13         (a)   Stritmatter Kessler Whelan Coluccio;

14         (b)   Chitwood, Harley, Haynes LLP

15         (c)   Wasserman, Comden & Casselman, LLP;

16         (d)   Keller Rohrback L.L.P.;

17

18         (e)   Kabateck Brown Kellner LLP;

19         (f)   The Hodkin Kopelowitz Ostrow Firm, PA; and

20         (g)   Krause Kalfayan Benink & Slavens, LLP.

21  (3)   The leadership structure proposed by Plaintiffs is hereby approved as follows:

22   Plaintiffs' Liaison Counsel

23         Stritmatter Kessler Whelan Coluccio;

24   Co-Lead Plaintiffs' Counsel

25         Chitwood Harley Harnes, LLP; and

26

---

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS
COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE
(07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC;
07-1295 JCC) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The Hodkin Kopelowitz Ostrow Firm, P.A.;

Executive Committee -

Stritmatter Kessler Whelan Coluccio;

Chitwood Harley Harnes, LLP;

The Hodkin Kopelowitz Ostrow Firm, P.A.;

Kabateck Brown Kellner, LLP;

Keller Rohrback L.L.P.;

Krause Kalfayan Benink and Slavens, LLP; and

Wasserman Comden & Casselman, LLC.

(4)    Plaintiffs' Liaison Counsel shall be responsible for communications with Defendant's counsel, so that Defendant's counsel's communications to Plaintiffs' Liaison Counsel shall be deemed for all purposes as having been conveyed to all Plaintiffs' counsel listed in this Order.

(5)    Any subsequently filed complaints asserting similar claims shall be consolidated herewith for all purposes and subject to this Order.

(6)    Plaintiffs' Consolidated Complaint shall be filed and served no later than fourteen (14) days from the date the Court enters this Order.

(7)    Defendant's response to Plaintiffs' Consolidated Complaint shall be filed no later than thirty (30) days after the filing and service of Plaintiffs' Consolidated Complaint.

DATED THIS _____ day of _____, 2007.

Hon. John C. Coughenour
United States District Judge

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS
COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE
(07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC;
07-1295 JCC) Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented By:

KELLER ROHRBACK L.L.P.
Plaintiffs' Counsel

By /s/ Amy Williams-Derry
   Mark A. Griffin, WSBA #16296
   Lynn Lincoln Sarko, WSBA #16569
   Amy Williams-Derry, WSBA #28711

STRITMATTER KESSLER WHELAN COLUCCIO
Paul L. Stritmatter
Kevin Coluccio
Plaintiffs' Liaison Counsel

CHITWOOD HARLEY HARNES, LLP
Darren Kaplan
Greg Keller
Katie King
Co-Lead Plaintiffs' Counsel

THE HODKIN KOPELOWITZ OSTROW FIRM, P.A.
David Ferguson
Adam Hodkin
Jeff Ostrow
Co-Lead Plaintiffs' Counsel

WASSERMAN, CONDEN & CASSELMAN, LLC
Melissa Harnett
Christopher P. Warne

KRAUSE KALFAYAN BENINK & SLAVENS, LLP
Eric Benink

KABATECK BROWN KELLNER LLP
Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
Plaintiffs' Counsel

DAVIS WRIGHT TREMAINE LLP
Counsel for Defendant Microsoft Corporation

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS
COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE
(07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC;
07-1295 JCC) Page - 6

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  By */s/Stephen M. Rummage*
2     Stephen M. Rummage
      Cassandra Kinkead

*Of counsel:*

Charles B. Casper
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

STIPULATED ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE; APPOINT INTERIM CLASS COUNSEL; APPROVE PROPOSED LEADERSHIP STRUCTURE (07-1121 JCC; 07-1132 JCC; 07-1270 JCC; 07-1271 JCC; 07-1295 JCC) Page - 7

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384